John P. Aldrich, Esq.
Nevada Bar No. 6877
Email: jaldrich@johnaldrichlawfirm.com
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975

*Liaison Counsel for Plaintiff*

[*Additional Counsel listed on signature block*]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVYN KLEIN, Derivatively on Behalf of ORMAT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD C. FREELAND, RAVIT BARNIV, DAN FALK, DAVID GRANOT, STAN H. KOYANAGI, YUICHI NISHIGORI, STANLEY B. STERN, BYRON WONG, DAFNA SHARIR, ISAAC ANGEL, and DORON BLACHAR, <br><br> Defendants, <br><br> -and- <br><br> ORMAT TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No. 3:18-cv-00439 |
| GARY MATTHEW, Derivatively on Behalf of ORMAT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD C. FREELAND, RAVIT BARNIV, ROBERT F. CLARK, DAFNA SHARIR, DAN M. FALK, DAVID GRANOT, YUICHI NISHIGORI, STANLEY B. STERN, BYRON G. WONG, GILLON | Case No. 3:18-cv-00500-RCJ-CBC |

| | |
|---|---|
| 1 | BECK, AMI BOEHM, ROBERT E. JOYAL |
| 2 | |
| 3 | Defendants, |
| 4 | -and- |
| 5 | ORMAT TECHNOLOGIES, INC., a Delaware corporation, |
| 6 | Nominal Defendant. |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD AND LIAISON COUNSEL AND TEMPORARILY STAYING THE ACTION**

Plaintiffs Melvyn Klein ("Klein") and Gary Matthew ("Matthew"), Nominal Defendant Ormat Technologies, Inc. ("Ormat") and Individual Defendants Todd C. Freeland, Ravit Barniv, Robert F. Clark, Dan M. Falk, David Granot, Stan H. Koyanagi, Yuichi Nishigori, Stanley B. Stern, Byron Wong, Dafna Sharir, Ami Boehm, Gillon Beck, Isaac Angel, and Doron Blachar (collectively with Ormat, "Defendants" and, together with Klein, Matthew, and Ormat, the "Parties"), by and through their respective undersigned counsel, hereby recite and stipulate, subject to court approval, as follows:

WHEREAS, on September 11, 2018, and October 22, 2018, Klein and Matthew, respectively, filed verified shareholder derivative complaints on behalf of Ormat as Nominal Defendant, against the Individual Defendants, asserting claims for breach of fiduciary duty (the "Actions");

WHEREAS, the Actions concern substantially the same parties, property, and events;

WHEREAS, the Actions involve common questions of law and fact;

WHEREAS, in the interests of justice, the Parties agree that the Actions should be consolidated, and that any other actions or claims filed in or transferred to this Court after the date of this Stipulation that allege substantially similar breaches of fiduciary duty by the Defendants as the Actions and arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts as the Actions, shall automatically be consolidated for all purposes, if and when they are brought to the Court's attention, and the Clerk shall close the file for any such later-filed actions;

1    WHEREAS, Defendants Stern, Koyanagi and Wong have waived service in the Klein
2    Action;

3    WHEREAS, by this stipulation, Ormat waives service as nominal defendant in the
4    Actions;

5    WHEREAS, no other Defendant has been served in the Actions and no other Defendant
6    hereby shall be deemed to have consented to service or waived any defense to service;

7    WHEREAS, on June 11, 2018, plaintiff Mac Costas filed a putative class action alleging
8    violations of federal securities laws (Case No. 3:18-cv-00271) against Ormat, Angel and Blachar
9    (the "Federal Securities Action");

10    WHEREAS, the Federal Securities Action and the Actions arise out of substantially
11    similar operative facts;

12    WHEREAS, motions for appointment of lead plaintiff and lead counsel in the Federal
13    Securities Action are currently pending before the Honorable Robert Clive Jones;

14    WHEREAS, Plaintiffs and Defendants have communicated about how best to efficiently
15    litigate the Consolidated Action (as defined below) in light of the pending Federal Securities
16    Action and have agreed that the Consolidated Action should be stayed pending resolution of the
17    anticipated motion to dismiss the Federal Securities Action; and

18    WHEREAS, Defendants take no position of the selection of lead counsel for Plaintiffs[1] in
19    the Consolidated Action but agree that the appointment of lead counsel facilitates orderly progress
20    and organization in the litigation of the Consolidated Action;

21    NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

22    1.    The following Actions are deemed related:

| Case Name | Case Number | Date Filed | Counsel |
|---|---|---|---|
| *Klein v. Freeland, et al.* | 18-cv-00439 | September 11, 2018 | Gainey McKenna & Egleston |

---

[1] "Plaintiffs" refers to Lead Plaintiffs (as defined below), and any plaintiff in any related case that may be consolidated with, and into, the Consolidated Action in accordance with this Stipulation and Proposed Order.

| *Matthew v. Freeland, et al.* | 18-cv-00500 | October 22, 2018 | Levi & Korsinsky, LLP<br>Bragar Eagel & Squire, P.C. |
|---|---|---|---|

2.  The Actions listed above are consolidated for all purposes, including pretrial proceedings and trial (the "Consolidated Action").

3.  Any other action now pending or hereafter filed in or transferred to this Court that alleges substantially similar breaches of fiduciary duty by the Defendants as the Actions and arises out of the same transactions and occurrences, and involves the same or substantially similar issues of law and facts as the Actions, shall automatically be consolidated for all purposes under this Order, if and when any such action is drawn to the Court's attention, and this Court requests the assistance of counsel in calling such cases to the attention of the Court.

4.  *Klein v. Freeland, et al.*, Case No. 18-cv-00439, was the first-filed and lower-numbered of the Actions, and is designated as the lead case.

5.  Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

| IN RE ORMAT TECHNOLOGIES, INC.<br>DERIVATIVE LITIGATION | Lead Case No.:  18-cv-00439 |
|---|---|

6.  Klein and Matthew are appointed as Lead Plaintiffs in the Consolidated Action.

7.  The law firms of Levi & Korsinsky, LLP and Gainey McKenna & Egleston are appointed Co-Lead Counsel for Plaintiffs in the Consolidated Action.

8.  Aldrich Law Firm, Ltd. and Matthew L. Sharp, Ltd. are appointed as Co-Liaison Counsel in the Consolidated Action.

9.  Co-Lead Counsel shall have sole authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

10.  Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs.  No motion, request for discovery, or other pre-trial or trial

proceedings shall be initiated or filed by any Plaintiff except through Co-Lead Counsel. Defendants' counsel may rely upon all agreements made with either Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs. The Consolidated Actions, including all deadlines and hearings, is hereby stayed pending entry of an order on defendants' anticipated motion to dismiss in the Federal Securities Action.

11. Within thirty (30) days upon entry of an order on defendants' anticipated motion to dismiss in the Federal Securities Action, the Parties shall meet and confer and submit a proposed schedule to the Court for further proceedings in the Consolidated Action.

12. Notwithstanding the stay of the Consolidated Action, Plaintiffs may file a consolidated amended complaint during the pendency of the stay.  Defendants shall be under no obligation to respond to the current complaints in the Actions or any subsequent complaint filed in the Consolidated Action during the pendency of the stay.

13. To the extent that any Defendant now named in any of the existing complaints filed in the Consolidated Action is not named in the consolidated amended complaint, the claims against such Defendant shall be deemed dismissed without prejudice.  Service of the consolidated amended Complaint shall be effected with respect to Ormat, Stern, Koyanagi and Wong by serving the consolidated complaint on that Defendant's counsel.  If the remaining, Defendants have not previously been served or appeared, service shall be effected according to the Federal Rules of Civil Procedure.  Any pleading filed or served in one of the underlying actions shall become part of the Consolidated Action.  The stay contemplated herein shall apply to any Defendant served after the entry of this Order.

14. This Order is without prejudice to the right of any Defendant to raise any and all arguments or defenses concerning the claims raised in the Consolidated Action or the jurisdiction of this Court.  By entering into this Stipulation, each Defendant preserves all objections and challenges of any kind, including jurisdictional and as to service that has not been waived.  The terms of this Order shall not have the effect of making any person or entity a party to any action in which he, she, or it has not been named and properly served in accordance with the Federal

Rules of Civil Procedure.

15. Plaintiffs and Defendants that have waived service consent to service by electronic mail of all foregoing motion papers, such service shall be effective upon transmission, and no such other service shall be required.

Dated: January 11, 2019                         Respectfully Submitted,

By: /s/ *John P. Aldrich*
John P. Aldrich, Esq. (6877)
Email: jaldrich@johnaldrichlawfirm.com
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975

*Co-Liaison Counsel for Plaintiffs*

**LEVI & KORSINSKY, LLP**
*/s/ Shannon L. Hopkins*
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel: (203) 992-4523
Email: shopkins@zlk.com

*Co-Lead Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
*/s/ Melissa A. Fortunato*
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
E-mail: fortunato@bespc.com

*Counsel for Plaintiff Matthew*

| | |
|---|---|
| 1 | **GAINEY McKENNA & EGLESTON** |
| | */s/ Thomas J. McKenna* |
| 2 | Thomas J. McKenna |
| | Gregory M. Egleston |
| 3 | 440 Park Avenue South, 5th Floor |
| 4 | New York, New York 10016 |
| | Telephone: (212) 983-1300 |
| 5 | Facsimile: (212) 983-0383 |
| | Email: tjmckenna@gme-law.com |
| 6 | gegleston@gme-law.com |
| 7 | |
| | *Co-Lead Counsel for Plaintiffs* |
| 8 | |
| | **MATTHEW L. SHARP, LTD.** |
| 9 | */s/ Matthew L. Sharp* |
| | Matthew L. Sharp |
| 10 | 432 Ridge St. |
| | Reno, NV 89501 |
| 11 | Phone: (775) 324-1500 |
| 12 | Email: matt@mattsharplaw.com |
| 13 | *Co-Liaison Counsel for Plaintiffs* |
| 14 | |
| | **McDONALD CARANO** |
| 15 | */s/ Matthew C. Addison* |
| | Matthew C. Addison (NSBN 4201 |
| 16 | 100 West Liberty Street, Tenth Floor |
| | Reno, Nevada 89501 |
| 17 | Phone: (775) 788-2000 |
| | Email: maddison@mcdonaldcarano.com |
| 18 | *Counsel for Individual Defendants* |
| 19 | |
| | **WHITE & CASE LLP** |
| 20 | |
| | */s/ Douglas P. Baumstein* |
| 21 | Douglas P. Baumstein |
| | Owen Pell |
| 22 | Dominique Forrest |
| 23 | 1221 Avenue Of The Americas |
| | New York, New York 10021 |
| 24 | Phone: (212) 819-8200 |
| | Email: dbaumstein@whitecase.com |
| 25 | |
| 26 | *Counsel for Individual Defendants* |
| | *(Pro Hac Vice Application Forthcoming)* |
| 27 | |
| 28 | |

**MAUPIN, COX & LeGOY**

*/s/ Paul J. Anderson*
Paul J. Anderson
4785 Caughlin Parkway
P. O. Box 30,000
Reno, NV 89519 / 89520 (PO Box)
Phone: (775) 827-2000
Email: panderson@mcllawfirm.com

*Counsel for Nominal Defendant Ormat Technologies, Inc.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 24th day of January, 2019.

_____
HONORABLE ROBERT C. JONES
U.S. DISTRICT COURT JUDGE

4811-7340-5061, v. 1