# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ORMAT TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Lead Case: 3:18-cv-00439-RCJ-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN DEFENDANTS**<br><br>**(FIRST REQUEST)** |

PURSUANT TO THE MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN INDIVIDUAL DEFENDANTS,

IT IS SO ORDERED that Plaintiffs shall have until **October 31, 2019** to perfect service on the Foreign Individual Defendants or to apply to this Court for a further extension of such other and further relief as warranted.

DATED: July 10, 2019.

_____
WILLIAM G. COBB
U.S. MAGISTRATE JUDGE