John P. Aldrich, Esq.
Nevada Bar No. 6877
Email: jaldrich@johnaldrichlawfirm.com
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975

*Liaison Counsel for Plaintiff*

[*Additional Counsel listed on signature block*]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE ORMAT TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Lead Case No. 3:18-cv-00439<br><br>STIPULATION AND ORDER TO EXTEND TIME TO AMEND COMPLAINT/OR RESPOND TO COMPLAINT<br>(Fourth Request) |

Plaintiffs Melvyn Klein ("Klein") and Gary Matthew ("Matthew" and, with Klein, "Plaintiffs"), Nominal Defendant Ormat Technologies, Inc. ("Ormat"), and Individual Defendants Todd C. Freeland, Ravit Barniv, Robert F. Clark, Dan M. Falk, David Granot, Stan H. Koyanagi, Yuichi Nishigori, Stanley B. Stern, Byron Wong, Dafna Sharir, Ami Boehm, Gillon Beck, Isaac Angel, and Doron Blachar (collectively with Ormat, "Defendants" and, together with Klein, Matthew, and Ormat, the "Parties"), by and through their respective undersigned counsel, hereby recite and stipulate, subject to Court approval, as follows:

WHEREAS on January 24, 2019, the Court granted the Parties' request to consolidate two substantially similar derivative actions—one filed by Klein on September 11, 2018 captioned *Klein v. Freeland, et. al.*, No. 180-cv-00439 and an action filed by Matthew on October 22, 2018 captioned *Matthew v. Freeland, et. al.*, No. 18-cv-00500 (the "Consolidated Action"), appointed Klein and Matthew as Lead Plaintiffs in the Consolidated Action and the law firms of Levi & Korsinsky, LLP and Gainey McKenna & Egleston as Co-Lead Counsel, and ordered that the Consolidated Action be temporarily stayed pending the entry of an order on defendants' motion to dismiss in the Federal Securities Action (the "Stay Order");

WHEREAS, on July 10, 2019, the Court granted Plaintiffs' Motion for Extension of Time to Serve Foreign Defendants;

WHEREAS, all foreign defendants have been properly served and there are no outstanding issues of service in the Consolidated Action;

WHEREAS, on December 6, 2019, the Court denied Ormat's motion to dismiss in the Federal Securities Action in part and granted it in part;

WHEREAS, the Stay Order required that thirty (30) days following entry of an order on the motion to dismiss in the Federal Securities Action, that the Parties to the Consolidated Action provide a proposed schedule to the Court for further proceedings;

WHEREAS, on March 11, 2020, the Parties attended a mediation session before Jed D. Melnick of JAMS in New York to potentially reach an early resolution of the Consolidated Action;

WHEREAS, the Parties continue to meet and confer regarding whether a potential

resolution of the Consolidated Action can be achieved and have agreed that it would be beneficial at this time to continue their negotiations prior to expending significant additional time and resources;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Consolidated Action is stayed for an additional sixty (60) days while the Parties participate in the aforementioned negotiations to explore a potential resolution of the Consolidated Action.

2. If, after sixty days, the Parties have not reached an agreement to resolve the Consolidated Action, they will submit a proposed schedule to the Court for further proceedings.

DATED:  May 8, 2020                                                        Respectfully submitted,

**MATTHEW L. SHARP, LTD.**                                    **ALDRICH LAW FIRM, LTD.**

By: */s/ Matthew L. Sharpe*                                         By: */s/ John P. Aldrich*
    Matthew L. Sharp                                                       John P. Aldrich, Esq. (6877)
    432 Ridge Street                                                           1601 S. Rainbow Blvd., Suite 160
    Reno, Nevada 89501                                                  Las Vegas, Nevada 89146
    Telephone: (775) 324-1500                                        Telephone: (702) 853-5490
    Email: matt@mattsharplaw.com                               Facsimile: (702) 227-1975
                                                                                             Email: jaldrich@johnaldrichlawfirm.com

*Co-Liaison Counsel for Plaintiffs*

                                                                                             *Co-Liaison Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**                       **LEVI & KORSINSKY, LLP**

By: */s/ Thomas J. McKenna*                                       By: */s/ Shannon L. Hopkins*
    Thomas J. McKenna                                                   Shannon L. Hopkins
    Gregory M. Egleston                                                  1111 Summer Street, Suite 403
    501 Fifth Avenue, 19th Floor                                      Stamford, Connecticut, 06906
    New York, New York 10017                                       Telephone: (203) 992-4523
    Telephone: (212) 983-1300                                         Facsimile: (212) 363-7500
    Facsimile: (212) 983- 0383                                         Email: shopkins@zlk.com
    Email: tjmckenna@gme-law.com
             egleston@gme-law.com                                     *Co-Lead Counsel for Plaintiffs*

*Co-Lead Counsel for Plaintiffs*

|  |  |
|---|---|
|  | **BRAGAR EAGEL & SQUIRE, P.C.** |
|  | By: */s/ Melissa A. Fortunato* |
|  |     Melissa A. Fortunato |
|  |     885 Third Avenue, Suite 3040 |
|  |     New York, New York, 10022 |
|  |     Telephone: (212) 308-5858 |
|  |     Facsimile: (212) 214-0506 |
|  |     E-mail: fortunato@bespc.com |
|  | *Counsel for Plaintiff Matthew* |
| **McDONALD CARANO** | **WHITE & CASE LLP** |
| Matthew C. Addison (NSBN 4201) |  |
| 100 West Liberty Street, 10th Floor | By: */s/ Douglas P. Baumstein* |
| Reno, Nevada 89501 |     Douglas P. Baumstein |
| Telephone: (775) 788-2000 |     Owen Pell |
| Email: maddision@mcdonaldcarano.com |     Dominique N. Forrest |
|  |     1221 Avenue of the Americas |
| *Counsel for the Individual Defendants* |     New York, New York 10021 |
|  |     Telephone: (212) 819-8200 |
|  |     Facsimile: (212) 354-8113 |
|  |     Email: dbaumstein@whitecase.com |
|  |     opell@whitecase.com |
|  |     dominique.forrest@whitecase.com |
|  |         (admitted *Pro Hac Vice*) |
|  | *Counsel for the Individual Defendants* |

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE


DATED: May 11, 2020

4