1  Douglas P. Baumstein (NYSBN 2863868)
   Dominique Forrest (NYSBN 5335849)
2  White & Case LLP
   1221 Avenue of the Americas
3  New York, New York 10020
   Telephone: (212) 819-8200
4  Facsimile: (212) 354-8113
   dbaumstein@whitecase.com
5  dominique.forrest@whitecase.com
   (Lead Counsel)
6  (*Admitted Pro Hac Vice*)

7  Matthew C. Addison, Esq. (NSBN 4201)
   Sarah Ferguson, Esq. (NSBN 14515)
8  McDonald Carano LLP
   100 West Liberty Street, 10th Floor
9  Reno, NV 89501
   Telephone: (775) 788-2000
10 Facsimile: (775) 788-2020
   maddison@mcdonaldcarano.com
11 sferguson@mcdonaldcarano.com
   (Local Counsel)
12
   *Counsel for Individual Defendants*
13

14                 IN THE UNITED STATES DISTRICT COURT

15                          DISTRICT OF NEVADA

16                                 * * *

17 IN RE ORMAT TECHNOLOGIES,          Lead Case No.: 3:18-cv-00439-RCJ-WGC
   INC. DERIVATIVE LITIGATION
18
                                      **SUBSTITUTION OF COUNSEL**
19

20

21     Nominal Defendant Ormat Technologies, Inc. ("Ormat"), hereby authorizes and consents

22 to the substitution of Douglas P. Baumstein, Esq. and Dominique Forrest, Esq. of the law firm of

23 White & Case LLP, at 1221 Avenue of the Americas, New York, New York 10020, (212) 819-

24 8200, and Matthew C. Addison, Esq. and Sarah Ferguson, Esq. of the law firm of McDonald

25 Carano LLP, at 100 W. Liberty Street, Tenth Floor, Reno, Nevada 89501, (775) 788-2000, as

26 attorneys of record in the above-entitled action, in place and stead of Paul J. Anderson, Esq. of the

27 ///

28 ///

1 | law firm of Maupin Cox & LeGoy, at 4785 Caughlin Parkway, Reno, NV 89519 (775) 827-2000.

2 | DATED: August 20, 2020.

ORMAT TECHNOLOGIES, INC.

By: _____

Its: __General Counsel & CCO__

8 | Paul J. Anderson, Esq. of the law firm Maupin Cox & LeGoy hereby agrees to the substitution of the law firm of McDonald Carano LLP as counsel for Ormat Technologies, Inc. in the place and stead of the law firm of Maupin Cox & LeGoy.

11 | DATED: July __10th__, 2020.

MAUPIN COX & LeGOY

By: _____
Paul J. Anderson, Esq. (NSBN 709)
4785 Caughlin Parkway
Reno, NV 89519
(775) 827-2000

18 | Douglas P. Baumstein, Esq. and Dominique Forrest, Esq. of the law firm White & Case LLP and Matthew C. Addison, Esq. and Sarah Ferguson, Esq. of the law firm of McDonald Carano LLP, hereby authorize and consent to the substitution of the law firms of White & Case and McDonald Carano LLP as counsel of record for Ormat Technologies, Inc. in the place and stead

22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

2

1  Paul J. Anderson, Esq. of the law firm of Maupin Cox & LeGoy.

2  Dated: August 20th, 2020.

3                                                          WHITE & CASE LLP

4

5  By: _____

6  Douglas P. Baumstein (NYSBN 2863868)
   Dominique Forrest (NYSBN 5335849)
7  1221 Avenue of the Americas
   New York, New York 10020
8  Telephone: (212) 819-8200
   Facsimile: (212) 354-8113
9  dbaumstein@whitecase.com
   dominique.forrest@whitecase.com
10 (Lead Counsel)
   (*Admitted Pro Hac Vice*)

11 Matthew C. Addison, Esq. (NSBN 4201)
   Sarah Ferguson, Esq. (NSBN 14515)
12 McDonald Carano LLP
   100 West Liberty Street, 10th Floor
13 Reno, NV 89501
   Telephone: (775) 788-2000
14 Facsimile: (775) 788-2020
   maddison@mcdonaldcarano.com
15 sferguson@mcdonaldcarano.com
   (Local Counsel)
16
   *Counsel for Individual Defendants*
17

18

19  IT IS SO ORDERED.

20  DATED:  August 20, 2020.

21                                          _W_illiam _G. Cobb_

22                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28