## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ORMAT TECHNOLOGIES, INC.<br><br>DERIVATIVE LITIGATION | Case No. 3:18-cv-00439-RCJ |

## JUDGMENT

Plaintiff, having moved for final approval of the settlement set forth in the Stipulation of Settlement, dated July 10, 2020 and the matter having come before the Honorable Robert C. Jones, United States District Judge, and the Court, on March 22, 2021, having issued its Order Approving Derivative Settlement and Order of Dismissal with Prejudice, and having directed the Clerk of the Court to enter judgment, it is

**ORDERED, ADJUDGED AND DECREED:**

1.      This Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated March 29, 2021, and

2.      That for the reasons stated therein, and pursuant to the terms set forth therein, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated March 29, 2021, Plaintiff's Motion for Final Approval of Derivative Settlement is granted; accordingly, this case, and all related cases, are closed.

AMERICAS 102812853

IT IS SO ORDERED:

HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


DATED:          March 29, 2021.